FILED

12/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0435

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0435

STATE OF MONTANA,

Plaintiff and Appellee,

v.

DONALD RAY CHERRY,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion to supplement the record, and good cause appearing,

IT IS HEREBY ORDERED that the transcript of the hearing held on September 16, 2020, shall be prepared and placed in the file of this Court in this cause within 30 days of the date of this Order.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 16 2022